*Leon M. Rosenblatt,* in support of the petition.

*Alexandria L. Voccio,* in opposition.

Decided September 12, 2005

## DEBRA HUMMEL *v.* MARTEN TRANSPORT, LTD., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 90 Conn. App. 9 (AC 25471), is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal for lack of a final judgment?"

The Supreme Court docket number is SC 17496.

*William F. Gallagher* and *Hugh D. Hughes,* in support of the petition.

Decided September 12, 2005

## DEBRA HUMMEL *v.* MARTEN TRANSPORT, LTD., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 90 Conn. App. 9 (AC 25471), is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal for lack of a final judgment?"

The Supreme Court docket number is SC 17494.

*Michael T. Feola* and *Albert E. Desrosiers,* in support of the petition.

Decided September 12, 2005